**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**PATRICIA KENNEDY,**

Plaintiff,

Case No: 6:19-cv-1992-ACC-DCI

v.

**CAPE SIESTA MOTEL, LLC., & FAWLTY TOWERS, INC.,**

Defendant,
_______________________________________/

**SUPPLEMENTAL NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.04(d), I certify that the instant action:

__X___ IS related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court or administrative agency as indicated below:

A. Kennedy v. *Cape Siesta Motel, LLC., and Fawlty Towers, Inc*., case no 6:17-cv-537-PGB-DCI

B. *Kennedy v. Cape Siesta Motel, LLC., and Fawlty Towers, Inc*., case no 0:18-cv-61811-MGC (S.D. Fla). This case concerns the Defendant's website.

_____ IS NOT related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court or administrative agency

[signature follows]

/s/ *Philip Michael Cullen, III, Esq*.
Fla. Bar No: 167853
**Thomas B. Bacon, P.A.**
621 South Federal Highway, Suite Four
Fort Lauderdale, Florida 33301
Telephone: (954) 462-0600
Facsimile: (954) 462-1717
cullen@thomasbaconlaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on November 30, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will automatically send e-mail notification of such filing to the attorneys of record.

/s/ *Philip Michael Cullen, III, Esq*.