## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT District of Florida

Case Number: 6:18-CV-1992-ORL-22-DCI

Plaintiff:
**PATRICIA KENNEDY, INDIVIDUALLY**
vs.
Defendant:
**CAPE SIESTA MOTEL, LLC and FAWLTY TOWERS, INC.**


JVS2018011477

For: Phillip Michael Cullen, III Esq
Phillip Michael Cullen, III

Received by COMPASS INVESTIGATIONS on the 26th day of November, 2018 at 1:35 pm to be served on **CAPE SIESTA MOTEL, LLC. BY SERVING FAWLTY TOWERS, INC. AS REGISTERED AGENT, 100 E COCOA BEACH CAUSEWAY, COCOA BEACH, FL 32931.** I, _Joseph E Cannaro_, do hereby affirm that on the _28_ day of _Nov_, 20_18_ at _11:05_ a.m., executed service by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, SPOLIATION LETTER FROM PHILIP MICHAEL CULLEN, III TO CAPE SIESTA MOTEL, LLC. and COMPLAINT (INJUNCTIVE RELIEF DEMANDED)** in accordance with state statutes in the manner marked below:

( ) INDIVIDUAL SERVICE: Served the within-named person., _____ ( ) at the provided address herein ( ) at the alternate address below for the reason detailed in the Comments below.

( ) PUBLIC AGENCY: By serving _____ as _____ of the within-named agency. Served ( ) at the provided address herein ( ) at the alternate address below for the reason detailed in the Comments below.

( ) SUBSTITUTE SERVICE: By serving _____ as _____ ( ) at the provided address herein. ( ) at the alternate address below for the reason detailed in the Comments below.

(✓) CORPORATE SERVICE: By serving _Chris Hedge_ as _Manager_ (✓) at the provided address herein ( ) at the alternate address below for the reason detailed in the Comments below.

( ) NON SERVICE: For the reason detailed in the Comments below.

**COMMENTS:** _____

Age _30_ Sex (M)/F Race _W_ Height _5'10"_ Weight _250_ Hair _BR_ Glasses Y/(N)

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.

_____
PROCESS SERVER # _281_
Appointed in accordance with State Statutes

**COMPASS INVESTIGATIONS**
927 S.E. 1st Street
Pompano Beach, FL 33060
(954) 527-5722

Our Job Serial Number: 2018011477
Ref: 9882A Phillip Cullen

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| PATRICIA KENNEDY, Individually,<br><br>Plaintiff,<br>v.<br><br>CAPE SIESTA MOTEL, LLC, and FAWLTY TOWERS, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>) Civil Action No.<br>) 6:18-CV-1992-ORL-22-DCI<br>) REC'D ON 11/26/18<br>) SERVED Chris Hodge<br>) DATE: 11/28/18 TIME: 11:05am<br>) SERVED BY: JEC #281 |

## SUMMONS IN A CIVIL ACTION

To:  CAPE SIESTA MOTEL, LLC,
C/O FAWLTY TOWERS, INC., Registered Agent
100 EAST COCOA BEACH CAUSEWAY
COCOA BEACH, FL 32931

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

PHILIP MICHAEL CULLEN, III, Esq.
621 SOUTH FEDERAL HIGHWAY, SUITE 4
FORT LAUDERDALE, FLORIDA 33301
(954) 462-0600

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 11/21/18

CLERK OF COURT

Signature of Clerk or Deputy