# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

PATRICIA KENNEDY,

      Plaintiff,

v.                                        Case No:   6:18-cv-1992-Orl-22DCI

CAPE SIESTA MOTEL, LLC and
FAWLTY TOWERS, INC.,

      Defendants.

## ORDER OF TRANSFER

It is hereby ORDERED that this case is transferred to District Judge Paul G. Byron, pursuant to Local Rule 1.04(a), Middle District of Florida, and with his consent, as the same case refiled without substantial change in issues or parties as Patricia Kennedy v. Cape Siesta Motel, LLC and Fawlty Towers, Inc., Case No. 6:17-cv-537-Orl-40DCI.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on December 10, 2018.

*[signature]*
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties